UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-80141-CR-RYSKAMP/HOPKINS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Katrina Berkman,

    Defendant.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the court upon the Report and Recommendation issued by United States Magistrate Judge James M. Hopkins on April 4, 2010.

The court has considered the Report and Recommendation, the pertinent parts of the record, the defendant's written objections, and being otherwise fully advised in the premises it is

**ORDERED and ADJUDGED** that the United States Magistrate's Report and Recommendation is hereby **ADOPTED AND AFFIRMED**. The defendant's Motion to Sever Counts 7 and 8 is **Denied.**

**DONE and ORDERED** in West Palm Beach, this 6 day of April, 2010.

KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

cc: counsel of record